# EXHIBIT D

**NYPD Intranet**
*Fidelis Ad Mortem*

Paid Detail System (Intranet Assignment System)

| Main Menu | Log Out | | Page: Scheduled Details |

**63 Paid Details Assigned To Tax #** REDACTED

Click 'Select' to view more info about the detail and optionally unschedule yourself from it.  Detail Previous to 1/1/2005 are not shown.

Note: You can only unschedule a detail through this app if it's before 24 hours of the start of the detail. After that you must call the Paid Detail Unit to unschedule.

Main Menu

| | PDS # | Date | Start | End | Emergency | Vendor | Boro | Address |
|---|---|---|---|---|---|---|---|---|
| Select | 2557588 | 03/06/20 | 0900 | 1700 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2567591 | 03/04/20 | 0900 | 1500 | N | DUANE READE BY WALGREENS / #1918 | B | 755 BROADWAY |
| Select | 2557579 | 03/03/20 | 0900 | 1700 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2557576 | 03/02/20 | 0900 | 1700 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2557571 | 02/29/20 | 1700 | 0100 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2583400 | 02/27/20 | 0800 | 1600 | N | DUANE READE BY WALGREENS / #14468 | M | 1 UNION SQUARE SOUTH |
| Select | 2584051 | 02/26/20 | 0900 | 1700 | N | DUANE READE BY WALGREENS / #14480 | M | 60 SPRING STREET |
| Select | 2557556 | 02/24/20 | 1700 | 0100 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2584043 | 02/23/20 | 1600 | 2359 | N | DUANE READE BY WALGREENS / #14480 | M | 60 SPRING STREET |
| Select | 2583384 | 02/22/20 | 0100 | 0900 | N | DUANE READE BY WALGREENS / #14468 | M | 1 UNION SQUARE SOUTH |
| Select | 2566638 | 02/21/20 | 0600 | 1500 | N | DUANE READE BY WALGREENS / #14128 | B | 386 FULTON STREET |
| Select | 2557543 | 02/20/20 | 0900 | 1600 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2557492 | 02/03/20 | 0800 | 1600 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2583325 | 02/02/20 | 0900 | 1700 | N | DUANE READE BY WALGREENS / #14468 | M | 1 UNION SQUARE SOUTH |
| Select | 2557455 | 01/22/20 | 0001 | 0800 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2557450 | 01/20/20 | 0800 | 1600 | N | DUANE READE BY WALGREENS / #6159 | M | 145 4TH AVENUE |
| Select | 2567960 | 01/16/20 | 1700 | 2200 | N | DUANE READE BY WALGREENS / #10093 | B | 1134 EAST NEW YORK AVENUE |
| Select | 2587683 | 01/13/20 | 0800 | 2015 | N | B & H PHOTO-VIDEO PRO-AUDIO(MUST WEAR 8 PT. HAT) | M | 420 9TH AVENUE |
| Select | 2562223 | 01/01/20 | 0700 | 1900 | N | DUANE READE BY WALGREENS / #14276 | M | 1270 BROADWAY AT 33RD STREET |
| Select | 2509955 | 10/28/19 | 0001 | 0830 | N | BOARD OF ELECTIONS / JHS 56 | M | 220 HENRY STREET |
| Select | 2505440 | 10/27/19 | 0030 | 0930 | N | BOARD OF ELECTIONS / P.S. 116 | M | 210 EAST 33RD STREET |
| Select | 2340020 | 10/11/19 | 0745 | 1315 | N | TD BANK / (BEDFORD STUYVESANT) | B | 957 MARCY AVENUE |
| Select | 2489345 | 10/07/19 | 1700 | 0100 | N | DUANE READE BY WALGREENS / #14276 | M | 1270 BROADWAY AT 33RD STREET |
| Select | 2334793 | 10/06/19 | 1045 | 1515 | N | TD BANK / (DOWNTOWN BROOKLYN) | B | 2-4 FLATBUSH AVENUE |
| Select | 2336038 | 10/04/19 | 0745 | 1315 | N | TD BANK / #5406 | M | 2521 BROADWAY AT WEST 94TH STREET |
| Select | 2336660 | 10/02/19 | 0745 | 1315 | N | TD BANK / #1460 | M | 300 WEST 125TH STREET |
| Select | 2334784 | 10/01/19 | 0745 | 1315 | N | TD BANK / (DOWNTOWN BROOKLYN) | B | 2-4 FLATBUSH AVENUE |
| Select | 2476101 | 09/29/19 | 0700 | 1400 | N | DUANE READE BY WALGREENS / #14272 | M | 4 COLUMBUS CIRCLE AT 58TH STREET |
| Select | 2337902 | 09/28/19 | 0845 | 1415 | N | TD BANK / #1462 | M | 469 SEVENTH AVENUE (36TH & 7TH ) |
| Select | 2477263 | 09/25/19 | 0800 | 1600 | N | BLOOMBERG LP (OUTSIDE POST) | M | 120 PARK AVENUE |
| Select | 2476050 | 09/24/19 | 1600 | 2359 | N | DUANE READE BY WALGREENS / #14111 | M | 1430 BROADWAY AT 40TH STREET |
| Select | 2343743 | 09/23/19 | 0745 | 1315 | N | TD BANK (BROOKLYN HEIGHTS) / #5441 | B | 211 MONTAGUE STREET |
| Select | 2476046 | 09/22/19 | 0700 | 1400 | N | DUANE READE BY WALGREENS / #14111 | M | 1430 BROADWAY AT 40TH STREET |
| Select | 2405559 | 05/15/19 | 0700 | 1900 | N | DUANE READE BY WALGREENS / #14276 | M | 1270 BROADWAY AT 33RD STREET |
| Select | 2353621 | 01/31/19 | 1500 | 2359 | N | WHOLE FOODS SUPERMARKET / (BOWERY) | M | 95 EAST HOUSTON STREET |
| Select | 2338112 | 01/30/19 | 0715 | 1315 | N | TD BANK / #5445 | M | 582-586 NINTH AVENUE AT WEST 42ND STREET |
| Select | 2352761 | 01/28/19 | 0001 | 0800 | N | NEW YORK PRESBYTERIAN HOSPITAL / (COLUMBIA PRESBYTERIAN) | M | 622 WEST 168TH STREET |
| Select | 2363848 | 01/19/19 | 0100 | 0630 | N | IHOP | M | 235-237 EAST 14TH STREET |
| Select | 2165281 | 05/24/18 | 0715 | 1315 | N | TD BANK / #1462 | M | 469 SEVENTH AVENUE (36TH & 7TH ) |
| Select | 2198662 | 05/22/18 | 0830 | 1945 | N | B & H PHOTO-VIDEO PRO-AUDIO(MUST WEAR 8 PT. HAT) | M | 420 9TH AVENUE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Select | 2509955 | 10/28/19 | 0001 | 0830 | N | BOARD OF ELECTIONS / JHS 56 | M | 220 HENRY STREET |
| Select | 2505440 | 10/27/19 | 0030 | 0930 | N | BOARD OF ELECTIONS / P.S. 116 | M | 210 EAST 33RD STREET |
| Select | 2340020 | 10/11/19 | 0745 | 1315 | N | TD BANK / (BEDFORD STUYVESANT) | B | 957 MARCY AVENUE |
| Select | 2489345 | 10/07/19 | 1700 | 0100 | N | DUANE READE BY WALGREENS / #14276 | M | 1270 BROADWAY AT 33RD STREET |
| Select | 2334793 | 10/06/19 | 1045 | 1515 | N | TD BANK / (DOWNTOWN BROOKLYN) | B | 2-4 FLATBUSH AVENUE |
| Select | 2336038 | 10/04/19 | 0745 | 1315 | N | TD BANK / #5406 | M | 2521 BROADWAY AT WEST 94TH STREET |
| Select | 2336660 | 10/02/19 | 0745 | 1315 | N | TD BANK / #1460 | M | 300 WEST 125TH STREET |
| Select | 2334784 | 10/01/19 | 0745 | 1315 | N | TD BANK / (DOWNTOWN BROOKLYN) | B | 2-4 FLATBUSH AVENUE |
| Select | 2476101 | 09/29/19 | 0700 | 1400 | N | DUANE READE BY WALGREENS / #14272 | M | 4 COLUMBUS CIRCLE AT 58TH STREET |
| Select | 2337902 | 09/28/19 | 0845 | 1415 | N | TD BANK / #1462 | M | 469 SEVENTH AVENUE (36TH & 7TH) |
| Select | 2477263 | 09/25/19 | 0800 | 1600 | N | BLOOMBERG LP (OUTSIDE POST) | M | 120 PARK AVENUE |
| Select | 2476050 | 09/24/19 | 1600 | 2359 | N | DUANE READE BY WALGREENS / #14111 | M | 1430 BROADWAY AT 40TH STREET |
| Select | 2343743 | 09/23/19 | 0745 | 1315 | N | TD BANK (BROOKLYN HEIGHTS) / #5441 | B | 211 MONTAGUE STREET |
| Select | 2476046 | 09/22/19 | 0700 | 1400 | N | DUANE READE BY WALGREENS / #14111 | M | 1430 BROADWAY AT 40TH STREET |
| Select | 2405559 | 05/15/19 | 0700 | 1900 | N | DUANE READE BY WALGREENS / #14276 | M | 1270 BROADWAY AT 33RD STREET |
| Select | 2353621 | 01/31/19 | 1500 | 2359 | N | WHOLE FOODS SUPERMARKET / (BOWERY) | M | 95 EAST HOUSTON STREET |
| Select | 2338112 | 01/30/19 | 0715 | 1315 | N | TD BANK / #5445 | M | 582-586 NINTH AVENUE AT WEST 42ND STREET |
| Select | 2352761 | 01/28/19 | 0001 | 0800 | N | NEW YORK PRESBYTERIAN HOSPITAL / (COLUMBIA PRESBYTERIAN) | M | 622 WEST 168TH STREET |
| Select | 2363848 | 01/19/19 | 0100 | 0630 | N | IHOP | M | 235-237 EAST 14TH STREET |
| Select | 2165281 | 05/24/18 | 0715 | 1315 | N | TD BANK / #1462 | M | 469 SEVENTH AVENUE (36TH & 7TH) |
| Select | 2198662 | 05/22/18 | 0830 | 1945 | N | B & H PHOTO-VIDEO PRO-AUDIO(MUST WEAR 8 PT. HAT) | M | 420 9TH AVENUE |
| Select | 2167770 | 05/20/18 | 1045 | 1515 | N | TD BANK / #5411 | M | 90 FIFTH AVENUE (C/O 14TH STREET) |
| Select | 2218922 | 05/19/18 | 1600 | 2359 | N | BROOKDALE HOSPITAL MEDICAL CENTER | B | 1 BROOKDALE PLAZA (ENTER FROM PARKING LOT ON E. 98 STREET) |
| Select | 1514371 | 03/13/14 | 0815 | 1415 | N | TD BANK / #1512 | Q | 164-06 UNION TURNPIKE |
| Select | 1358837 | 06/07/13 | 1345 | 2015 | N | TD BANK | Q | 119-25 LIBERTY AVENUE |
| Select | 1150398 | 10/31/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1149109 | 10/26/12 | 0700 | 1500 | N | BOSTON PROPERTIES (CITIGROUP CENTER) | M | 601 LEXINGTON AVENUE |
| Select | 1150373 | 10/24/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1150349 | 10/17/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1149029 | 10/03/12 | 0700 | 1500 | N | BOSTON PROPERTIES (CITIGROUP CENTER) | M | 601 LEXINGTON AVENUE |
| Select | 1150276 | 09/26/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1148971 | 09/17/12 | 0700 | 1500 | N | BOSTON PROPERTIES (CITIGROUP CENTER) | M | 601 LEXINGTON AVENUE |
| Select | 1150172 | 08/27/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1150148 | 08/20/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1150143 | 08/18/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1136504 | 07/13/12 | 0715 | 1345 | N | TD BANK | Q | 119-25 LIBERTY AVENUE |
| Select | 1149987 | 07/04/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1149963 | 06/27/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1173518 | 06/21/12 | 0820 | 1410 | N | TD BANK / #1512 | Q | 164-06 UNION TURNPIKE |
| Select | 1145838 | 05/22/12 | 0900 | 1500 | N | BARNES & NOBLE / (STORE #2713) FOREST HILLS | Q | 70-00 AUSTIN STREET |
| Select | 1149811 | 05/14/12 | 0700 | 1500 | N | BOSTON PROPERTIES (GM BUILDING) / FRONT DESK | M | 767 FIFTH AVENUE |
| Select | 1144595 | 05/05/12 | 1600 | 2230 | N | BARNES & NOBLE (MUST SIGN-IN UPON ARRIVAL) / (STORE #2675) UNION SQUARE | M | 33 EAST 17TH STREET |
| Select | 1222675 | 04/29/12 | 0001 | 0800 | N | ROCKEFELLER CENTER | M | 30 ROCKEFELLER PLAZA |
| Select | 1136310 | 03/30/12 | 1345 | 2015 | N | TD BANK | Q | 119-25 LIBERTY AVENUE |