# EXHIBIT F

8394870

| Check Number: NT26-0007854666 | Vendor: 1102794 | Remit To: 1102794 | Return To Dept: JENA TAFLINGER NY | Date: 03/05/20 | Page 1 of 1 |
|---|---|---|---|---|---|
| Description | Invoice Date | Invoice Number | Invoice Amount | Imprint Number | |
| WH | 01/27/20 | 3448 | 656.00 | 12003650 | |
| | GROSS TOTAL | DISCOUNT TOTAL | CHECK TOTAL | | |
| | ************656.00 | ************0.00 | ************656.00 | | |

1/20/20 (Paid for two DAYS)
1/22/20
↑
Worked on

Duane reade