AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., WHOLE FOODS MARKET GROUP, INC., TRIHOP 14TH STREET LLC, and DOES NOS. 1-10<br><br>*Defendant(s)* | Civil Action No.  1:20-cv-05116 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Schedule A



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Innessa M. Huot
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:  07/06/2020                                                               /s/ D. Howie
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-05116

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## **SCHEDULE A – DEFENDANTS**

1. City of New York, c/o Registered Agent, Corporation Counsel, 100 Church Street, 5th Floor, New York, NY 10007;

2. New York City Police Department, c/o City of New York Comptroller, One Center Street, New York, NY 10007

3. TD Bank N.A., 1701 Marlton Pike E., Cherry Hill, NJ 08034;

4. Duane Reade Inc., c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, NY 12207;

5. B & H Photo Video Pro Audio LLC, 420 9th Avenue, New York, NY 10001;

6. Bloomberg L.P., c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, NY 12207;

7. Whole Foods Market Group, Inc., c/o C.T. Corporate System, 28 Liberty Street, New York, NY 10005; and

8. Trihop 14th Street LLC, c/o Registered Agent, National Registered Agents, Inc., 28 Liberty Street, New York, NY 10005