```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/12/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
**BURBRAN PIERRE,** *on behalf of himself and others similarly situated*,

                                 **Plaintiff,**          **20-CV-5116 (ALC)**

          **-against-**                                    <u>**ORDER SETTING CONFERENCE**</u>

**CITY OF NEW YORK, et al.,**

                                **Defendants.**
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a pre-motion conference in this case on November 17, 2020 at 3:30 p.m., regarding Defendants' letter dated September 18, 2020, requesting a pre-motion conference on Defendants' anticipated motions to dismiss. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660). The Clerk of the Court is directed to terminate ECF No. 42.

**SO ORDERED.**

Dated:       **November 12, 2020**
                **New York, New York**

*/s/ Andrew L. Carter, Jr.*

                                    **ANDREW L. CARTER, JR.**
                                     **United States District Judge**