USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/17/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BURBRAN PIERRE**, *on behalf of himself and others similarly situated*,

       **Plaintiff,**

  -against-

**CITY OF NEW YORK, ET AL.,**

       **Defendants.**

---

**1:20-cv-05116 (ALC)**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

  On November 17, 2020 at 3:30 P.M., the Court held a telephone pre-motion conference with the Parties. Defendants are hereby ORDERED to submit the Participation Agreement referenced in Defendants' pre-motion conference letter as Exhibit 1, *see, e.g.*, ECF No. 42 at 2, by no later than November 19, 2020.[1] The Parties shall file a joint status report addressing the Parties' positions on whether the Participation Agreement is properly considered at this stage of the litigation by no later than December 1, 2020.

**SO ORDERED.**

Dated: November 17, 2020
   New York, New York

            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**

---

[1] Defendants are instructed to submit additional Participation Agreements between the NYPD and certain Defendants where they contain substantive differences relevant to the instant action.