USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __09/02/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BURBRAN PIERRE**, *on behalf of himself and others similarly situated*,

        **Plaintiff**,

-against-

**CITY OF NEW YORK, ET AL.**,

        **Defendants.**

**1:20-cv-05116 (ALC)**

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Plaintiffs' Notice of Settlement as to Defendant Whole Foods Market Group, Inc. ECF No. 74. The relevant parties are hereby ORDERED to file a motion for approval of settlement by no later than October 4, 2021.

**SO ORDERED.**

**Dated: September 2, 2021**
   **New York, New York**

               **ANDREW L. CARTER, JR.**
               **United States District Judge**