# Morgan Lewis

**Daniel A. Kadish**
+1.212.309.6328
Daniel.Kadish@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/2021

September 28, 2021

**MEMO ENDORSED**

<u>**VIA ECF**</u>

Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      **Re:**    *Pierre v. City of New York, et al., 20-Civ-5116 (ALC) (DF)*

Dear Judge Carter:

      This firm represents Whole Foods Market Group, Inc. ("Whole Foods"), in the above-referenced action. We write jointly with Plaintiff's counsel to request a brief extension of time to file a motion for approval of settlement until October 18, 2021. No previous request for an adjournment of this time has been requested.

      Plaintiff and Whole Foods filed a Notice of Settlement (Dkt. No. 74), and on September 2, 2021, the Court ordered that a motion for approval of settlement by filed by October 4, 2021. The parties are continuing to work towards completion of the agreement, but because of unexpected absences by counsel from my firm in the past few weeks, request until October 18, 2021 to file the motion for approval of settlement.

      We thank the Court for its consideration of this request.

<span style="color:red">The extension request is **GRANTED**. The Motion for Approval of Settlement shall be filed no later than **October 18, 2021**.</span>

Sincerely,

/s/ *Daniel A. Kadish*
Daniel A. Kadish

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

<span style="color:red">**Dated**: 9/29/2021</span>

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

☏ +1.212.309.6000
🖷 +1.212.309.6001