UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BURBRAN PIERRE,** *on behalf of himself and others similarly situated*,

                                **Plaintiffs,**

                          -against-

**CITY OF NEW YORK, et al.,**

                                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/2021

20-cv-5116 (ALC) (DCF)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' letter requesting an extension to file a motion for approval of settlement. The Parties' request is granted *nunc pro tunc*. The Clerk of the Court is respectfully directed to terminate ECF No. 94.

**SO ORDERED.**

Dated:    November 18, 2021
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**