USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BURBRAN PIERRE,** *on behalf of himself and others similarly situated*,

      **Plaintiff,**

-v.-

**CITY OF NEW YORK ET AL.,**

      **Defendants.**

20-cv-5116 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court fairness hearing currently scheduled for October 6, 2022 is hereby **CANCELLED**.

**SO ORDERED.**

Dated: September 28, 2022
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**