UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                        Plaintiff,                  1:20-cv-05116 (ALC) (VF)

         -against-                              **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the reasons stated at the conference held on November 2, 2022, Plaintiff's request for equitable tolling of the statute of limitations (as outlined in the letter motion at ECF No. 186) is denied. Plaintiff's request in the letter motion at ECF No. 190, to extend the deadline for the close of fact discovery, is granted. Fact discovery will conclude 90 days after the close of the collective action opt-in period. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 186 and 190.

       As discussed at the conference, by **Friday, November 4, 2022**, the City Defendants are directed to submit a letter to the Court explaining how much additional time the NYPD requires to compile the personal email addresses of potential class members.

       A discovery conference in this matter is hereby scheduled for **Monday, December 19, 2022, at 10:00 a.m.** Parties are directed to submit a joint letter no later than **Thursday, December 15, 2022**, identifying any issues the parties wish to discuss at the conference. Counsel

for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

Additional discovery conferences are also scheduled for: Thursday, January 19, 2023, at 10:00 a.m.; Tuesday, February 28, 2023, at 10:00 a.m.; Tuesday, March 28, 2023, at 10:00 a.m.; and Tuesday, April 25, 2023, at 10:00 a.m. In advance of each conference, the parties should submit a joint letter no later than **four (4) days** before the conference, identifying any issues the parties wish to discuss at the conference.

**SO ORDERED.**

DATED:   New York, New York
         November 2, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge