UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                                          Plaintiff,                    1:20-cv-05116 (ALC) (VF)

                -against-                                  **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                                         Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons discussed at the conference on December 21, 2022, Plaintiff's motions at ECF Nos. 205 and 212 are **DENIED.** The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 205 and 212. Defendants, collectively, may depose the nine opt-in plaintiffs for a total of seven hours. This includes the time the City Defendant requires to depose the opt-in plaintiffs. The parties should work together to schedule these nine depositions in January and February.

      Plaintiff is directed to respond to the Vendor Defendants' document requests relating to the nine opt-in plaintiffs by **January 15, 2023.** Plaintiff is directed to respond to Defendants' inquiry concerning the confidentiality designations in Burbran Pierre's deposition transcript by **January 13, 2023.** Plaintiff is also directed to provide a response to the Vendor Defendants' inquiry concerning the eligibility of five opt-in plaintiffs by **January 27, 2023.** As discussed at the conference, the deadline for opt-in plaintiffs to join this action is **January 27, 2023.**

Finally, discovery conferences have been scheduled for: **January 19, 2023 at 10:00 a.m.; February 28, 2023 at 10:00 a.m.; March 28, 2023 at 10:00 a.m.; and April 25, 2023 at 10:00 a.m.** In advance of each conference, parties should submit a joint letter no later than two (2) days before the conference, identifying any issues the parties wish to discuss at the conference.

                              **SO ORDERED.**

DATED:     New York, New York
                December 21, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge