UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself
and others similarly situated*,

                        Plaintiff,              1:20-cv-05116 (ALC) (VF)

          -against-                           **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As discussed at the conference held on March 28, 2023, Plaintiffs will respond to Vendor Defendants' inquiries regarding the eligibility of certain opt-in plaintiffs and late consent to join forms (see ECF No. 256 §§ II 1 and II 2) by **April 14, 2023**.

       Plaintiffs will respond as to whether they continue to press the failure to pay wages claim under the FLSA against the City Defendants and all Vendor Defendants, except TD Bank N.A., (see ECF No. 256 § II 3) by **April 14, 2023**.

       Vendor Defendants will submit a letter to all parties and to the Court addressing any remaining issues concerning the tax document requests (see ECF No. 256 § II 4) by **April 19, 2023**. Plaintiff will submit a response in a letter to all parties and to the Court by **April 24, 2023**.

       The discovery deadline is extended until **July 26, 2023**. For the reasons discussed at the March 28, 2023 conference, absent extraordinary circumstances, this is the final extension.

As discussed at the March 28, 2023 conference, the previously scheduled conference for April 25, 2023 is cancelled. The conference has been rescheduled for **April 26, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

Vendor Defendants will raise any issues they wish to address at the April 26, 2023 conference with Plaintiffs by **April 12, 2023**.

Parties are directed to meet and confer concerning Defendants' request to take 20 additional depositions of the opt in plaintiffs prior to the April 26, 2023 conference; and the Court will address the issue at the conference.

**SO ORDERED.**

DATED:   New York, New York
         March 28, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge