# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

April 5, 2023

> **Application Granted**
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: April 6, 2023
>
> The conference scheduled for April 26, 2023 is rescheduled to May 1, 2023 at 10:00 a.m. The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 262.

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

Re:   *Pierre v. City of New York et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

We represent Duane Reade in the above referenced action and write with respect to the letter filed by Plaintiffs requesting a brief adjournment of the parties' newly scheduled April 26, 2023 discovery conference. *See* ECF No. 262.

Duane Reade is unavailable for a rescheduled discovery conference on May 5, 2023. Duane Reade is available for a rescheduled discovery conference on the remaining days proposed in Plaintiffs' letter (May 1, 9, and 12, 2023).

Sincerely,

*/s/ Christopher A. Parlo*

Christopher A. Parlo