UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                                          Plaintiff,                  1:20-cv-05116 (ALC) (VF)

                -against-                              **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As discussed at the conference held on May 1, 2023, Defendants will serve Plaintiffs with interrogatories relating to the tax returns by **May 3, 2023.** Plaintiffs will respond to the interrogatories by **May 31, 2023.**

       Defendants will file their motion relating to the consent to join forms by **May 9, 2023.** Plaintiffs will submit a response by **May 16, 2023**; and Defendants will submit a reply by **May 23, 2023.**

       The Parties will select the additional opt-in plaintiffs for deposition by **May 5, 2023**. Plaintiffs will inform Defendants of which of the selected opt-in plaintiffs are not available for deposition in June and July 2023 by **May 22, 2023.** Depositions for seven (7) of the additional opt-in plaintiffs will take place by **June 13, 2023**; and Depositions for the remaining eight (8) will take place by **July 26, 2023.**

Defendants B&H Photo Video Pro Audio LLC and Bloomberg L.P. will serve their responses and designations to Plaintiffs' 30(b)(6) deposition notices by **May 8, 2023.**

Defendants Duane Reade Inc, B&H Photo Video Pro Audio LLC and Bloomberg L.P. will serve their respective amended interrogatory responses by **May 8, 2023.**

The next conference in this matter is scheduled for **June 20, 2023, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

Defendants will submit a one-and-a-half-page letter to Plaintiffs raising what issues they would like to discuss at the conference by **June 14, 2023.** Plaintiffs will respond with a one-and-a-half-page letter to Defendants by **June 15, 2023.** The Parties will submit a joint letter informing the Court of what issues they would like to discuss at the conference **June 16, 2023, at 5:00 p.m.** If this is not the briefing schedule Defendants had proposed at the May 1, 2023 conference, please inform the Court and a revised briefing order will be filed.

**SO ORDERED.**

DATED:   New York, New York
         May 1, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge