UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                Plaintiff,           1:20-cv-05116 (ALC) (VF)

    -against-                 **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court received Plaintiffs' counsel's e-mail detailing the medical condition of opt-in plaintiff Officer Carlos Guadalupe. Based on the description of Officer Guadalupe's medical condition, it seems highly unlikely that he will be well enough to sit for a deposition before the close of fact discovery in July. The parties are directed to meet and confer and select another opt-in plaintiff to depose before the close of fact discovery.

                **SO ORDERED.**

DATED:    New York, New York
             May 22, 2023

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge