UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                            Plaintiffs,                  1:20-cv-05116 (ALC) (VF)

           -against-                               **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       As discussed at the conference held on June 20, 2023, the fact discovery completion deadline in this matter has been extended to **September 11, 2023.**

       The issue regarding Plaintiffs' request for permission to take additional depositions, raised at ECF No. 351, has been resolved. Should the parties encounter any issues, or should any disputes arise, they can to contact the Court. **The Clerk of Court is directed to terminate the motion at ECF No. 351.**

       Plaintiffs are directed to file a proposed amended complaint that includes claims against GuardaWorld Corporation by no later than **June 23, 2023.** Defendant Bloomberg L.P. will respond to Plaintiffs' letter motion for leave to file an amended complaint that includes claims against GuardaWorld Corporation (see ECF No. 355) by no later than **July 7, 2023.** Plaintiffs will file a reply by **July 21, 2023.**

Defendant B&H Photo Video Pro Audio LLC is directed to produce to Plaintiffs all outstanding ESI records and a privilege log by no later than **June 23, 2023**. Defendant the City of New York is directed to produce to Plaintiffs all outstanding ESI records on a rolling basis, and production is to be completed by no later than **July 4, 2023.**

The next conference in this matter is scheduled for **August 7, 2023, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
          June 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge