UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., WHOLE FOODS MARKET GROUP, INC., TRIHOP 14TH STREET LLC, and DOES NOS. 1-10,<br><br>              Defendants. | Civil Action No. 1:20-cv-05116-ALC-VF<br><br>**ORDER** |

       Duane Reade Inc. ("Duane Reade"), Bloomberg L.P. ("Bloomberg"), and B&H Foto & Electronics Corp.'s ("B&H") (collectively, the "Vendor Defendants") unopposed request for the Court to strike the consent-to-join forms submitted by Opt-in Plaintiffs Clarise Luces (ECF No. 211-1 at 61), Arafat Cooper (ECF No. 216-1 at 8), and Joseph Cortes (ECF No. 240-1 at 5) because they did not perform any Paid Detail Program details for any vendor named as a defendant in this action during the FLSA collective period is granted.

       **IT IS HEREBY ORDERED** that the consent-to-join forms submitted by Opt-in Plaintiffs Clarise Luces (ECF No. 211-1 at 61), Arafat Cooper (ECF No. 216-1 at 8), and Joseph Cortes (ECF No. 240-1 at 5) are stricken from the case.

       **SO ORDERED.**

Dated:  New York, New York
           June 28, 2023

                                                                       Valerie Figueredo
                                                                       UNITED STATES MAGISTRATE JUDGE