UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                              Plaintiff,                        1:20-cv-05116 (ALC) (VF)

            -against-                                  **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        For the reasons stated at the conference on July 5, 2023, Vendor Defendants' Motion to Strike Untimely Consent to Join Forms is granted as to Officer Beyrodt and denied as to the eleven other individuals. <u>The Clerk of Court is directed to terminate the motion at ECF No. 294.</u>

        Plaintiffs are directed to file a letter by no later than July 28, 2023, indicating how many additional late opt-in forms they intend to file, along with any supporting declarations.

        SO ORDERED.

DATED:    New York, New York
               July 5, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge