

**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

August 3, 2023

Application Granted

Valerie Figueredo, U.S.M.J.

DATED: August 3, 2023

The conference scheduled for August 7, 2023 is canceled. The parties are directed to submit a joint status letter by no later than August 14, 2023 updating the Court as to the status of settlement discussions and informing the Court if they would like to schedule another conference. The Clerk of Court is directed to terminate the motion at ECF No. 388.

Re:     *Pierre v. City of New York, et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

Plaintiffs write on behalf of all parties to respectfully request a one (1) week adjournment of the parties' upcoming status conference with the Court, currently scheduled for August 7, 2023.

As noted in the Notice of Settlement filed this afternoon (ECF No. 386), Plaintiffs have reached a settlement in principle with three of the Defendants in the action and are engaged in varying stages of settlement discussions with the other Defendants. The parties would like the extra week to further explore the possibility of reaching agreement on certain issues. The additional time would allow the parties to provide the Court with a more comprehensive update on the status of the case at the next conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot