

Attorneys at Law

Adriana S. Kosovoych
t  212-351-4527
f  212-878-8600
AKosovych@ebglaw.com

> **Application Granted**
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: October 3, 2023
>
> The conference currently scheduled for October 18, 2023 is rescheduled to October 26, 2023 at 10:15 a.m. The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 401.

October 2, 2023

**By ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Pierre v. City of New York,* et al., 20-Civ-5116 (ALC) (VF)

Dear Judge Figueredo:

    We write on behalf of Defendant Bloomberg, L.P. to respectfully request a one (1) week adjournment of the parties' upcoming status conference with the Court, currently scheduled for October 18, 2023.

    We make this request because all three attorneys who are counsel of record for Bloomberg, and who have overseen the discovery and motion practice to be addressed at the conference, have scheduling conflicts. Specifically, I will be traveling out of the country, and my partners, Paul DeCamp and Jill Bigler, each will be actively engaged in a court conference and meeting, respectively, at the time of the scheduled status conference in this case. We have conferred with counsel for Plaintiffs and the other defendants regarding this adjournment request and proposed October 26 and 27 as alternative dates. All parties indicated their consent to the adjournment.

    Accordingly, we respectfully request that the Court reschedule the status conference from October 18 to October 26 or 27, 2023, or such other later date as may be available and convenient for the Court.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,

    *Adriana S. Kosovych*

    Adriana S. Kosovych

cc:    Counsel for all parties (via ECF)