

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

October 12, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> Application Granted
> _____
> Valerie Figueredo, U.S.M.J.
> DATED: October 16, 2023
>
> The conference scheduled for October 26, 2023 is rescheduled to November 16, 2023 at 10:15 a.m. The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 406.

Re:   *Pierre v. City of New York, et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

We write on behalf of Plaintiffs and Defendant Bloomberg to request an adjournment of the upcoming status conference, currently scheduled for October 26, 2023.  *See* ECF No. 404.

Bloomberg is in the process of producing its ESI on a rolling basis and the parties are working cooperatively on discovery.

There is nothing that the parties wish to address with the Court at this time.  As such, in the interest of efficiency, the parties respectfully request that the status conference be adjourned until November 16th or 20th, or any other date convenient for the Court.

Plaintiffs and Bloomberg conferred with the remaining Defendants who have no objection to the request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot