

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

October 31, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: November 2, 2023
> The Clerk of Court is directed to terminate the motion at ECF No. 411.

Re:   *Pierre v. City of New York, et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

We write on behalf of Plaintiffs and Defendants Duane Reade Inc., the City of New York, and the New York City Police Department to request an extension of the deadline to submit a finalized Settlement to the Court for approval, from November 1, 2023 to December 20, 2023.  *See* ECF No. 389.

The parties have reached an agreement in principle but are still negotiating other terms of the settlement.  The parties are working diligently but need additional time to complete their negotiations and finalize all papers.

This is the parties' first request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot