

NEW YORK         CALIFORNIA         GEORGIA         PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

January 31, 2024

**VIA ECF**

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: February 1, 2024
> The extension requested herein is granted. The Clerk of Court is directed to terminate the motion at ECF No. 425.

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re:   <u>Pierre v. City of New York, et al.</u>, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

We write on behalf of Plaintiffs and Defendants Duane Reade Inc., the City of New York, and the New York City Police Department to request a sixty (60) day extension of the deadline to submit a finalized Settlement to the Court for approval, from January 31, 2024 to April 1, 2024. *See* ECF No. 420.

The parties have reached an agreement in principle and are close to coming to an agreement on the remaining terms of the settlement. The parties are working diligently but need additional time to complete their negotiations. Once the settlement is finalized, Plaintiffs will need the additional time to prepare their motion for settlement approval and all related papers, and the parties will need the time to confer with their respective clients about the substance of such papers.

This is the parties' third request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot