

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

March 28, 2024

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: 4-1-2024
> The extension requested herein is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 438.

<u>**VIA ECF**</u>

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

    Re:    <u>Pierre v. City of New York, et al.</u>, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

    We write on behalf of Plaintiffs and Defendants Duane Reade Inc., the City of New York, and the New York City Police Department to request a ninety (90) day extension of the deadline to submit a finalized settlement to the Court for approval, from April 1, 2024 to July 1, 2024. See ECF No. 426.

    The parties have reached an agreement in principle and are close to coming to an agreement on the remaining terms of the settlement. The parties are working diligently but need additional time to complete their negotiations and confer with their respective clients to obtain approval on specific settlement terms. Once the settlement is finalized, Plaintiffs will need the additional time to prepare their motion for settlement approval and all related papers, and the parties will need the time to confer with their respective clients about the substance of such papers.

    This is the parties' fourth request for an extension of this deadline.

    We thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     Innessa M. Huot