UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself
and others similarly situated*,

                               Plaintiff,               1:20-cv-05116 (ALC) (VF)

            -against-                         **ORDER**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, TD BANK N.A.,
DUANE READE INC., B&H PHOTO VIDEO
PRO AUDIO LLC, BLOOMBERG L.P.,
WHOLE FOODS MARKET GROUP, INC.,
TRIHOP 14TH STREET LLC, and
DOES NOS. 1-10,

                              Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On March 7, 2024, the Court granted Plaintiff's motion for leave to file a first amended complaint. ECF No. 434. Any objections by any party to that order had to be made to the District Judge within 14 days of the date of the order—that is, by March 21, 2024. Neither party filed any objections to the order. To date, Plaintiff has not filed an amended complaint. Plaintiff has until **July 8, 2024** to file the proposed first amended complaint for which Plaintiff sought leave.

       It has come to the Court's attention that Plaintiff may want to make changes to the proposed first amended complaint it previously submitted to the Court as part of its motion for leave to amend. If Plaintiff does not have Defendant Bloomberg L.P.'s consent, Plaintiff must file a new motion for leave to amend, attaching the new proposed amended complaint to its motion papers. Any such motion should be filed by **July 12, 2024**.

**SO ORDERED.**

DATED:   New York, New York
         July 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge