

**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: 8-29-2024
> The extension requested herein is
> granted. The parties are directed to
> file all settlement approval papers by
> **September 17, 2024**. The Clerk of
> Court is respectfully directed to
> terminate the motion at ECF No. 473.

August 28, 2024

      Re:    *Pierre v. City of New York, et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Figueredo:

      We write on behalf of Plaintiffs and Defendants Duane Reade Inc., the City of New York, and the New York City Police Department to request a short 2.5 week extension of the deadline to submit a finalized Settlement to the Court for approval, from August 30, 2024 to September 17, 2024.  ECF No. 454.

      The parties have finalized the settlement agreement and all notice forms and claim forms attached thereto.  Defendants Duane Reade Inc. and the City Defendants just reverted executed copies of the Settlement Agreement back to Plaintiffs' counsel.  Pursuant to the Settlement Agreement, Defendants are to be provided with a draft of the preliminary approval brief fourteen (14) days before the filing deadline.  Defendants are then required to submit any edit they may have within seven (7) days of the filing deadline.

      Plaintiffs are now drafting the preliminary approval brief and will send the brief to Defendants on or before September 3, 2024.  Defendants will then submit any edits to Plaintiffs on or before September 10, 2024.  Plaintiffs will then file the finalized brief and all other settlement papers on or before September 17, 2024.

      As such, the parties respectfully request that they be permitted to follow the above planned scheduled and file all settlement approval papers by September 17, 2024.  This is the parties' sixth request for an extension of this deadline.

      We thank the Court for its time and attention to this matter.

                  Respectfully submitted,

                  Innessa M. Huot