MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/2024



NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

September 12, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

    Re:    <u>Pierre v. City of New York, et al.</u>, No. 1:20-cv-05116-ALC-VF

Dear Judge Carter:

    We represent Plaintiffs and write jointly with Defendant TD Bank N.A. to respectfully request a brief two-week extension of the deadline to file final approval papers.

    The parties just received the Settlement Administrator's detailed settlement report and their declaration relating to same. This report was necessary for the preparation of the settlement approval papers. Plaintiffs will now prepare their motion for final approval of the settlement and all related settlement approval papers.

    The parties respectfully request the two additional weeks to allow time for Plaintiffs to draft the settlement approval papers and for TD Bank to have time to review such papers.

    As such, the parties respectfully request that the deadline to file the final approval papers be extended from September 13, 2024 to September 27, 2024 and that the Fairness Hearing be adjourned from September 23, 2024 to October 7, 2024 at 11am or for any date and time that is convenient for the Court.

    This is the parties' fifth request for an extension of these deadlines. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Innessa M. Huot*

Innessa M. Huot

cc: Counsel of Record (*via* ECF)

SO ORDERED:

*Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 9/13/2024
The Court hereby adopts the Parties' proposed deadlines and adjourns the final fairness hearing to October 15 at 2:30 PM. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

685 Third Avenue   New York, NY 10017   Phone: 212.983.9330   Fax: 212.983.9331   EmployeeRightsCounsel.com   FaruqiLaw.com