MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/27/2024

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

Innessa M. Huot
ihuot@faruqilaw.com

September 19, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

Re:    *Pierre v. City of New York, et al.*, No. 1:20-cv-05116-ALC-VF

Dear Judge Carter:

We represent Plaintiffs and write jointly with Defendants B & H Foto & Electronics Corp., the City of New York, and the New York City Police Department to respectfully request a 30-day extension of the deadline to file final approval papers.

Settlement claims forms were distributed to approximately 1,000 class members. The claims administrator is currently preparing their settlement report which they advised will be ready by next week. The parties need to review the report and use it to prepare their final approval papers. Additional time is needed to obtain the report from the administrator, draft the settlement approval papers, and allow Defendants time to review the papers before filing.

As such, the parties respectfully request that the deadline to file the final approval papers be extended by 30 days from September 23, 2024 to October 23, 2024 and that the Fairness Hearing be adjourned from September 30, 2024 to October 30, 2024 at 11am or for any date and time that is convenient for the Court.

This is the parties' third request for an extension of these deadlines. We thank the Court for its time and attention to this matter.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*[signature]*

Innessa M. Huot

Dated: September 27, 2024
The Final Fairness Hearing as to Settlement with Defendant B&H Foto & Electronics Corp is hereby adjourned to November 7, 2024 at 4:00 PM EST. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

685 THIRD AVENUE  NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com