USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BURBRAN PIERRE**, *on behalf of himself and others similarly situated*,

       **Plaintiff,**

  -against-

**CITY OF NEW YORK,** *et al.*

       **Defendants.**

---

20-cv-05116 (ALC)

<u>**AMENDED ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

  The Prior Order at ECF No. 490 adjourning the Final Fairness Hearing with Defendant B&H Foto & Electronics Corp. is hereby amended to state that the Hearing will occur on November 7, 2024 at 2:00 PM EST. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660). The Clerk of the Court is respectfully directed to reset the Hearing date and time to reflect this Amended Order.

**SO ORDERED.**

Dated: **September 27, 2024**
    **New York, New York**

               */s/ Andrew L. Carter, Jr.*
               **ANDREW L. CARTER, JR.**
               **United States District Judge**