UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a/ S.E.A.L. SECURITY LLC, and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>Defendants. | Civil Action No.: 1:20-cv-05116-ALC-VF |

**NOTICE OF MOTION FOR PLAINTIFF'S UNOPPOSED
MOTION FOR FINAL APPROVAL OF THE SETTLEMENT
AND AWARD OF ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that Plaintiff Burbran Pierre ("Plaintiff"), on behalf of himself and the proposed Class, respectfully moves this Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure for: (i) final approval of Plaintiff's Settlement with Defendant TD Bank N.A.; (ii) final certification of the Rule 23 Class; (iii) approval of the requested attorneys' fees and costs; and (iv) approval of the requested service award to Plaintiff.

In support of this motion, Plaintiff submits the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Settlement and Award of Attorneys' Fees and Costs, the Declaration of Innessa M. Huot, the Declaration of Burbran Pierre, the Declaration of Richard Simmons, the Settlement Agreement, this Court's Preliminary Approval Order, as well as all pleadings, exhibits, records, and documents on file in this case, any

1

matters of which judicial notice may be taken, any oral argument that may be presented, and any such matters the Court deems just and necessary.

Defendant TD Bank N.A. does not oppose this motion.

Accordingly, Plaintiff respectfully requests this Court grant his motion.

Dated: September 27, 2024
New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ Innessa M. Huot
Innessa Melamed Huot

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiff, the proposed FLSA Collective, and the proposed Class*