USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/18/2024



**MEMO ENDORSED**

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

October 17, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

    Re:    <u>Pierre v. City of New York, et al.</u>, No. 1:20-cv-05116-ALC-VF

Dear Judge Carter:

    We represent Plaintiffs and write jointly with Defendants B & H Foto & Electronics Corp. ("B&H"), the City of New York, and the New York City Police Department ("City Defendants") to respectfully a brief two-week extension of the deadline to file final approval papers.

    The parties recently received the Settlement Administrator's detailed settlement report and their declaration relating to same. This report was necessary for the preparation of the settlement approval papers. Plaintiffs are now preparing their motion for final approval of the settlement and all related settlement approval papers.

    The parties respectfully request the two additional weeks to allow time for Plaintiffs to finish drafting the settlement approval papers and for B&H and the City Defendants to have time to review such papers.

    As such, the parties respectfully request that the deadline to file the final approval papers be extended by two weeks from October 23, 2024 to November 6, 2024 and that the Fairness Hearing be adjourned from November 7, 2024 to November 14, 2024 or for any date that is convenient for the Court.

    This is the parties' fourth request for an extension of these deadlines. We thank the Court for its time and attention to this matter.

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Innessa M. Huot

Innessa M. Huot

Dated: October 18, 2024

685 Third Avenue  New York, NY 10017  Phone: 212.983.9330  Fax: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com