**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BURBRAN PIERRE, *on behalf of himself*
*and others similarly situated*,

                                 Plaintiffs,                  1:20-cv-05116 (ALC) (VF)

         -against-                                 **ORDER**

CITY OF NEW YORK, et al.

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties' are directed to file a status update as to the status of discovery with Defendants Silverseal Corporation and GardaWorld Security Corporation on or before **Monday, December 30, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               October 29, 2024

                                                         _____
                                                          VALERIE FIGUEREDO
                                                         United States Magistrate Judge