USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BURBRAN PIERRE,** *on behalf of himself and others similarly situated*,<br><br>                               **Plaintiff,**<br><br>             -against-<br><br>**CITY OF NEW YORK,** *et al.*<br><br>                              **Defendants.** | 20-cv-05116 (ALC)<br><br>**<u>AMENDED ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Prior Order at ECF No. 501 adjourning the Final Fairness Hearing with Defendant B&H Foto & Electronics Corp. is hereby amended to state that the Hearing will occur on November 15, 2024 at 2:00 PM EST.  The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).  The Clerk of the Court is respectfully directed to enter the Hearing date and time to reflect this Amended Order.

**SO ORDERED.**

Dated:    **October 30, 2024**
              **New York, New York**

                                                                                    *[signature]*
                                                                                    **ANDREW L. CARTER, JR.**
                                                                                    **United States District Judge**