UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a/ S.E.A.L. SECURITY LLC, and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>Defendants. | Civil Action No.: 1:20-cv-05116-ALC-VF |

**NOTICE OF MOTION FOR PLAINTIFF'S UNOPPOSED
MOTION FOR FINAL APPROVAL OF THE SETTLEMENT
AND AWARD OF ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that Plaintiff Burbran Pierre ("Plaintiff"), on behalf of himself and the proposed Class, respectfully moves this Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure for: (i) final approval of Plaintiff's Settlement with Defendants B & H Foto & Electronics Corp., the New York City Police Department, and the City of New York (together, "Defendants"); (ii) final certification of the Rule 23 Class; (iii) approval of the requested attorneys' fees and costs; and (iv) approval of the requested service awards.

In support of this motion, Plaintiff submits the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Settlement and Award of Attorneys' Fees and Costs, the Declaration of Innessa M. Huot, the Declaration of Burbran Pierre, the Declaration of Desmond Grant, the Declaration of Roman Diaz, the Declaration of Kyna Philip,

1

the Declaration of Robinson Martinez, the Declaration of Richard Simmons, the Settlement Agreement, this Court's Preliminary Approval Order, as well as all pleadings, exhibits, records, and documents on file in this case, any matters of which judicial notice may be taken, any oral argument that may be presented, and any such matters the Court deems just and necessary.

Defendants do not oppose this motion.

Accordingly, Plaintiff respectfully requests this Court grant his motion.

Dated: November 6, 2024
New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa Melamed Huot

685 Third Avenue, 26th Floor
New York, New York 10017 Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiff, the FLSA Collective, and the proposed Class*