UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a S.E.A.L. SECURITY LLC and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>Defendants. | Civil Action No.: 1:20-cv-05116-ALC-VF |

## NOTICE OF SETTLEMENT

Please be advised that Plaintiffs have reached a settlement in principle with Defendant Silverseal Corporation ("Silverseal"). The parties respectfully request that: (1) they be given sixty (60) days to submit the finalized settlement agreement to the Court for preliminary approval; and (2) the Court adjourn *sine die* all deadlines and conferences concerning Plaintiffs' claims against Silverseal.

Dated: May 14, 2025

Respectfully submitted,

By:   */s/ Innessa M. Huot*
**FARUQI & FARUQI, LLP**
Innessa Melamed Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiff, the FLSA Collective, and the Proposed Class*

1