UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a S.E.A.L. SECURITY LLC and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>      Defendants. | Case No.: 1:20-cv-05116-ALC-VF |

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S <u>NOTICE OF SETTLEMENT AND CLAIM FORM</u>**

  **PLEASE TAKE NOTICE** that Plaintiff Burbran Pierre ("Plaintiff"), on behalf of himself and the proposed Class, respectfully moves this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for: (i) preliminary approval of Plaintiff's proposed settlement with Defendant Silverseal Corporation d/b/a S.E.A.L. Security LLC; (ii) certification of the proposed settlement class; (iii) appointment of Faruqi & Faruqi, LLP as class counsel; and (iv) approval of Plaintiff's proposed Notice of Settlement and Claim Forms.

  This motion is based upon the accompanying Settlement Agreement, the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of the Proposed Settlement, Certification of the Settlement Class, Appointment of Class Counsel, and Approval of Plaintiff's Notice of Settlement and Claim Forms, the Declaration of Innessa M. Huot in support hereof, and all related exhibits.

1

2

Dated: August 26, 2025            Respectfully submitted,

By:    */s/ Innessa M. Huot*
       **FARUQI & FARUQI, LLP**
       Innessa Melamed Huot
       685 Third Avenue, 26th Floor
       New York, New York 10017
       Tel: 212-983-9330
       Fax: 212-983-9331
       ihuot@faruqilaw.com

*Attorneys for Plaintiff, the FLSA Collective, and the Proposed Class*