## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a S.E.A.L. SECURITY LLC and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>     Defendants. | Civil Case No.: 1: 20-cv-05116-ALC-VF |

**ANDREW L. CARTER, JR., District Judge:**

  On September 8, 2025, the Court entered an order granting preliminary approval of the class and collective action settlement as to Defendant S.E.A.L. Security LLC ("Seal"). ECF No. 553. The Court clarifies two relevant dates noted in its order:

- **February 5, 2026 :** Filing of all papers in support of final settlement approval with the Court; and

- **February 24, 2026 at 2 p.m.:** Telephonic Final Fairness Hearing on the Court's teleconference line: 1-855-244-8681 (access code: 2305 370 0226#).

All other dates and deadlines in connection with settlement as to Defendant Seal remain unchanged.

**SO ORDERED.**

Dated:   **September 15, 2025**
     **New York, NY**

                       _____
                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**