UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIERRE

                            **Plaintiff,**

              **-against-**

**CITY OF NEW YORK ET AL**

                          **Defendants.**

**20-CV-5116 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Following the December 4, 2025 status conference, the Parties are ordered to file a joint status report by December 18, 2025 with a proposed briefing schedule.

**SO ORDERED.**

Dated: December 4, 2025
       New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**