UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BURBRAN PIERRE, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TD BANK N.A., DUANE READE INC., B & H PHOTO VIDEO PRO AUDIO LLC, BLOOMBERG L.P., TRIHOP 14TH STREET LLC, DOES NOS. 1-10, SILVERSEAL CORPORATION d/b/a/ S.E.A.L. SECURITY LLC, and GARDAWORLD SECURITY CORPORATION d/b/a GARDAWORLD,<br><br>                Defendants. | Civil Action No.: 1:20-cv-05116-ALC-VF |

**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF THE SETTLEMENT, CLASS CERTIFICATION, AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

On November 17, 2025, Plaintiff submitted to this Court Plaintiff's Unopposed Motion for Final Approval of the Settlement and Award of Attorneys' Fees and Costs ("Motion for Final Approval"). ECF No. 564. Defendants did not oppose Plaintiff's Motion for Final Approval.

The Court has considered Plaintiff's request for certification of the Rule 23 Class pursuant to the Federal Rule of Civil Procedure ("FRCP") 23(e) for settlement purposes (ECF No. 565), the Settlement Agreement and Release ("Settlement Agreement") (ECF No. 566-1), the Declaration of Innessa M. Huot ("Huot Decl.") (ECF No. 566) and all accompanying exhibits, the Declarations of Plaintiffs: Burbran Pierre, Luc Vaval, Angel Rivera, Jean-Francois Pierre, Wendy Earls, Albert Piney, Ryan Loomis, Mostayen Faysal, Kenneth Walls, Kyna Phillip, and Robinson Martinez (ECF Nos. 567-77), and the Declaration of Shari Lynn Grayson (ECF No. 578), all filed on

November 17, 2025, and hereby finds and Orders as follows:

1. The Court finds that the settlement memorialized in the Settlement Agreement, filed with the Court, is fair, reasonable, and adequate, and meets all requirements for final approval. On May 15, 2025, the Court granted Preliminary Approval of the Settlement (ECF No. 533) and the Notice Packets were subsequently mailed to all Class Members, providing them with an opportunity to become Authorized Claimants, object to the Settlement, or request exclusion from the Settlement. No Class Member objected to the Settlement or requested exclusion from same. A Fairness Hearing was held on December 4, 2025.

2. The Court grants Plaintiff's Motion for Final Approval (ECF No. 564).

3. Pursuant to FRCP 23, the Court certifies, for settlement purposes only, a Class consisting of all current and former New York City Police Officers, Detectives, Sergeants, and Lieutenants ("Officers") who worked at a Duane Reade location in New York State through the Paid Detail Program at any time from July 3, 2014 through May 15, 2025.

4. These Class Members meet all of the requirements for class certification under FRCP 23.

5. The Court appoints Plaintiff Burbran Pierre to represent the Class, finding that Plaintiff meets all the requirements for class certification under FRCP 23(a) and (b)(3).

6. The Service Award Recipients undertook risk to serve their fellow Officers and they expended significant time and effort in the prosecution of the claims and securing the Settlement on behalf of the Class.

7. The Court finds that service payments of $10,000 to Burbran Pierre, Luc Vaval, Angel Rivera, Jean Francois-Pierre, and Wendy Earls; $8,000 to Albert Piney; $7,000 to Ryan Loomis, Mostayen Faysal, and Kenneth Walls; and $3,000 to Kyna Phillip and Robinson Martinez

are reasonable.

8.  The Court appoints Faruqi & Faruqi, LLP as Class Counsel, finding that they meet all the requirements under the FRCP 23(g).

9.  Class Counsel did substantial work identifying, investigating, prosecuting, and settling Plaintiff's and the Class's claims. Class Counsel have substantial experience prosecuting and settling employment class actions, including wage and hour class actions, and are well-versed in wage and hour law and class action law. The work that Class Counsel has performed both in litigating and settling this case demonstrates their skill and commitment to representing the Class's interests.

10. The Court grants Class Counsel's requested fees of $2,408,333.33 and reimbursement of litigation expenses of $100,000.00.

11. The Court approves the appointment of Analytics Consulting LLC as the Settlement Administrator.

12. Upon the Effective Date, as defined in the Settlement Agreement, the claims against Defendants as asserted in this Action will be dismissed with prejudice.

13. The Court retains continuing jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: __December 5___, 2025

_____
Andrew L. Carter, Jr.
U.S. District Judge

3