**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **PIERRE**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**CITY OF NEW YORK,**<br><br>**Defendant.** | | **1:20-cv-5116 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On February 27, 2026, the Court ordered the briefing on Defendants Bloomberg and GardaWorld's motion for summary judgment be completed by September 28, 2026. ECF No. 588. Plaintiff was supposed to respond to the motion for summary judgment by August 28, 2026. To date, the Court is not in receipt of an opposition from Plaintiff. The Parties are ORDERED to file a joint status report by September 16, 2026.

**SO ORDERED.**

**Dated: September 15, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**