**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **PIERRE**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**CITY OF NEW YORK,**<br><br>**Defendant.** | : | **1:20-cv-5116 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to disregard ECF No. 619 and to follow the briefing schedule set in ECF No. 609.

**SO ORDERED.**

**Dated:** **September 15, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**